Joseph Poett

vs.

United States of America, et al.

No. 1:07-CV-01374 CKK

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, DANIEL F. PORTNOY, having been duly authorized to make service of the Summons, Complaint with Exhibits, Notice Of Right To Consent To Trial Before A United States Magistrate Judge and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

That my date of birth / age is 11-26-1971.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 11:28 am on November 9, 2007, I served Secretary of the U.S. Department of Health & Human Services at 200 Independence Avenue, SW, Washington, DC 20201 by serving Angela Hope, Special Assistant to General Counsel, authorized to accept. Described herein:

```
SEX-    FEMALE
AGE-    35
HEIGHT- 5'10"
HAIR-   BLONDE
WEIGHT- 165
RACE-   WHITE
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on  11/9/07
             Date

DANIEL F. PORTNOY
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 197218

Joseph Poett

vs.

United States of America, et al.

No. 1:07-CV-01374 CKK

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

    I, DANIEL F. PORTNOY, having been duly authorized to make service of the Summons, Complaint with Exhibits, Notice Of Right To Consent To Trial Before A United States Magistrate Judge and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

    That my date of birth / age is 11-26-1971.

    That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

    That service was made by a private process server.

    That I am not a party to or otherwise interested in this suit.

    That at 11:16 am on November 9, 2007, I served United States Attorney at 501 3rd Street, NW, Washington, DC 20001 by serving Lakesha Carroll, Docket Clerk, authorized to accept. Described herein:

```
  SEX-     FEMALE
  AGE-     30
HEIGHT-    5'4"
  HAIR-    BLACK
WEIGHT-    150
  RACE-    BLACK
```

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on __11/9/07__
                Date

DANIEL F. PORTNOY
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 197221

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Joseph Poett

vs.

United States of America, et al.

No. 1:07-CV-01374 CKK

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, DANIEL F. PORTNOY, having been duly authorized to make service of the Summons, Complaint with Exhibits, Notice Of Right To Consent To Trial Before A United States Magistrate Judge and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

That my date of birth / age is 11-26-1971.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 4:04 pm on November 9, 2007, I served Secretary of the U.S. Department of Agriculture at 1400 Independence Avenue, SW, Room 3175 South, Washington, DC 20250 by serving James Kelly, Deputy General Counsel, authorized to accept. Described herein:

```
SEX-     MALE
AGE-     50
HEIGHT-  5'8"
HAIR-    GRAY/BALDING
WEIGHT-  165
RACE-    WHITE
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on ___11-13-07___
                Date

DANIEL F. PORTNOY
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 197219

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Joseph Poett

vs.

United States of America, et al.

No. 1:07-CV-01374 CKK

## AFFIDAVIT OF SERVICE

To wit: Washington, DC

I, DANIEL F. PORTNOY, having been duly authorized to make service of the Summons, Complaint with Exhibits, Notice Of Right To Consent To Trial Before A United States Magistrate Judge and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

That my date of birth / age is 11-26-1971.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 4:04 pm on November 9, 2007, I served United States Department of Agriculture at 1400 Independence Avenue, SW, Room 3175 South, Washington, DC 20250 by serving James Kelly, Deputy General Counsel, authorized to accept. Described herein:

```
SEX-     MALE
AGE-     50
HEIGHT-  5'8"
HAIR-    GRAY/BALDING
WEIGHT-  165
RACE-    WHITE
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on  11-13-07
             Date

DANIEL F. PORTNOY
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 197220

Joseph Poett

vs.

United States of America, et al.

No. 1:07-CV-01374 CKK

### AFFIDAVIT OF SERVICE

to wit: Washington, DC

    I, DANIEL F. PORTNOY, having been duly authorized to make service of the Summons, Complaint with Exhibits, Notice Of Right To Consent To Trial Before A United States Magistrate Judge and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

    That my date of birth / age is 11-26-1971.

    That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

    That service was made by a private process server.

    That I am not a party to or otherwise interested in this suit.

    That at 2:59 pm on November 9, 2007, I served United States of America c/o U.S. Attorney General, Alberto Gonzales at 950 Pennsylvania Avenue, NW, Washington, DC 20530 by serving Willo T. Lee, Mailroom Clerk, authorized to accept. Described herein:

```
   SEX-    FEMALE
   AGE-    50
HEIGHT-    5'6"
  HAIR-    BLACK/BROWN
WEIGHT-    150
  RACE-    BLACK
```

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on __11-13-07__
             Date

DANIEL F. PORTNOY
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 197222