AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

JOSEPH POETT

V.

UNITED STATES OF AMERICA,
ATTORNEY GENERAL OF THE U.S.
SECRETARY OF THE U.S. DEPT.
OF AGRICULTURE,
U.S. DEPT. OF AGRICULTURE,
U.S. DEPT. OF HEALTH
& HUMAN SERVICES,
DIRECTOR, CENTERS FOR DISEASE CONTROL
& PREVENTION
ROBBIN WEYANT

CASE

**SUMMONS IN A CIVIL CASE**

Case: 1:07-cv-01374
Assigned To : Kollar-Kotelly, Colleen
Assign. Date : 7/27/2007
Description: Admn. Agency Review

TO: (Name and address of Defendant) Robbin Weyant, Director, Division
Select Agents & Toxins
Centers for Disease Control & Prevention
1600 Clifton Rd. N.E.
Mail Stop A-46
Atlanta, GA 30333

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joan A. Harvill, Esq.,
1629 K. Street N.W.
Suite 300
Washington, D.C. 20006

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

JUL 27 2007
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> * | 11-13-07 @ 2:31 pm |
| NAME OF SERVER *(PRINT)* <br> Mark Raines | TITLE <br> Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  by serving Tanya Epps, Legal Tech, authorized to accept. Service was completed at 1600 Clifton Road, NE, Atlanta, GA 30333

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11-15-07     *[signature]*
                Date          Signature of Server

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009
                Address of Server

* Notice of Right to Consent to Trial Before United States Magistrate Judge, and Exhibits

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

JOSEPH POETT

**SUMMONS IN A CIVIL CASE**

V.

UNITED STATES OF AMERICA
ATTORNEY GENERAL OF THE U.S.,
SECRETARY OF THE U.S. DEPT.
OF AGRICULTURE,
U.S. DEPT. OF AGRICULTURE
U.S. DEPT. OF HEALTH & HUMAN SERVICES
DIRECTOR, CENTERS FOR DISEASE
CONTROL & PREVENTION,
ROBBIN WEYANT

Case: 1:07-cv-01374
Assigned To : Kollar-Kotelly, Colleen
Assign. Date : 7/27/2007
Description: Admn. Agency Review

CASE NUMBER:

**TO:** (Name and address of Defendant) Director, Centers for Disease Control & Prevention
1600 Clifton Rd. N.E.
Mail Stop A-46
Atlanta, GA 30333

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joan A. Harvill, Esq.,
1629 K. Street N.W.
Suite 300
Washington, D.C. 20006

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON    JUL 27 2007
CLERK                      DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint* was made by me[1] | DATE 11-13-07 @ 2:31 pm |
| NAME OF SERVER (PRINT) Mark Raines | TITLE Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  by serving, Tanya Epps, Legal Tech., authorized to accept. Service was completed at 1600 Clifton Road, NE, Atlanta, GA 30333.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11-15-2007          *[signature]*
               Date                Signature of Server

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009
          Address of Server

*  Notice of Right to Consent to Trail Before United States Magistrate Judge, and Exhibits

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.