# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOSEPH POETT,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 07-1374 (CKK) |
| | ) |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Defendant.** | ) |

## SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Heather Graham-Oliver, Assistant U.S. Attorney (AUSA), as new counsel of record in the above-captioned matter and withdraw the appearance of AUSA Karen L. Melnik.

Respectfully submitted,

/s/
HEATHER GRAHAM-OLIVER
Judiciary Center Building
Assistant U.S. Attorney
Civil Division
501 Third Street, N.W.
Washington, D.C. 20530
(202) 305-1334