UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH POETT,<br><br>      **Plaintiff,**<br><br>v.<br><br>**UNITED STATES OF AMERICA,**<br>et. al.<br><br>      **Defendants.** | )<br>)<br>)<br>)<br>) Civil Action No. 07-1374 (CKK)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**

Federal Defendants, United States of America, *et al.*, by and through their attorney, respectfully move the Court, pursuant to Fed. R. Civ. P. 6, for an enlargement of time within which to answer, move, or otherwise plead to plaintiff's complaint, until, February 7, 2008. The answer is due on Tuesday, January 8, 2008. This is the first request by Defendant for an extension. Counsel for Plaintiff has been contacted in accordance with Local Rule 7(m) and consents to the filing of this motion.

Plaintiff has brought this action under the Administrative Procedure Act, 5 USC § 702, *et seq.*, as well as the First and Fifth Amendment to the United States Constitution.

Undersigned counsel has just recently been assigned this matter as lead counsel and additional time is required to investigate the allegations contained in the complaint. The additional time is also being requested because defense counsel has had other litigation responsibilities in the interim including the following: the preparation and deposition of the Plaintiff in <u>Brown v. USA</u>, Civ. Act. No. 05-2309 (JMF) on December 28, 2007; preparation of

defendant's interrogatories and request for the production of documents in <u>Hawkins v. Gonzales,</u> Civ. Act. No. 07-0010 (CKK); interviewing witnesses and responding to plaintiff's interrogatories and requests for production of documents in <u>Hawkins</u>; preparing for January 8, 2008, oral argument in the Court of Appeals in <u>Kaufman v. Gonzales</u>, District of Columbia, Circuit Court Case No. 06-5259.  Preparing a motion for protective order in <u>Hawkins</u>, to be filed on January 8, 2008.  Accordingly, defendant is requesting an extension until February 7, 2008, to answer, move or otherwise plead to Plaintiff's complaint.

This request is not for purposes of delay.

Respectfully submitted,

/s/
_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
_____
HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530
(202) 305-1334