UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOSEPH POETT,

   Plaintiff,

   v.

UNITED STATES OF AMERICA, *et al.*,

   Defendants.

Civil No. 07-1374 (CKK)

**ORDER**
(February 13, 2008)

This case comes before the Court upon the filing of Defendant's Answer to Plaintiff's Complaint, in which Plaintiff seeks review of an administrative agency decision. Accordingly, it is this 13th day of February, 2008, hereby

**ORDERED** that the parties shall confer and file a Joint Status Report as to how they plan to proceed in litigating this action. In particular, the parties shall address whether they plan to pursue discovery in this action and, if they do not plan to do so, shall propose a schedule for briefing of dispositive motions. The parties shall file their Joint Status Report no later than February 27, 2008.

   **SO ORDERED.**

                                                /s/
                                      COLLEEN KOLLAR-KOTELLY
                                      United States District Judge