UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH POETT,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>  Defendants. | Civil No. 07-1374  (CKK) |

**ORDER**
(February 29, 2008)

Pursuant to the Court's February 13, 2008 Order, the parties in this case have filed a Joint Status Report setting forth how each party proposes to proceed in litigating this action, which the Court has reviewed.  Accordingly, it is this 29th day of February, 2008, hereby

**ORDERED** that, pursuant to the parties' request, they shall engage in informal settlement negotiations beginning March 10, 2008, taking into consideration Defendants' counsel's trial schedule; it is further

**ORDERED** that if the parties have not resolved this action, on May 14, 2008, they shall file another Joint Status Report, advising the Court as to whether they wish to pursue further informal negotiations, to be referred for formal ADR before a Magistrate Judge, or, instead, to proceed to file dispositive motions; it is further

**ORDERED** that if Defendant believes dispositive motions are appropriate, it shall, also on May 14, 2008, file the complete administrative record in this matter.  If portions or all of the administrative record are classified, Defendant may file it in camera.  The Court shall review the

administrative record, make a determination as to whether discovery is warranted in this action, and set a discovery and/or briefing schedule, as appropriate; it is further

**ORDERED** that the parties shall not file any dispositive motions before the Court has reviewed the administrative record and set forth a briefing schedule.

**SO ORDERED.**

                                                                    /s/
                                             COLLEEN KOLLAR-KOTELLY
                                             United States District Judge