UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**JOSEPH POETT**              :
    **Plaintiff**

v.                            : Civil No: 07-1374 (CKK)

**UNITED STATES OF AMERICA**  :
et al.,

    **Defendants**            :

## JOINT STATUS REPORT

A conference between counsel for the parties was held pursuant to the Court's February 29, 2008 Order on May 14, 2008 wherein the following issues were discussed:

(1) Settlement negotiations are still ongoing. An additional four weeks will be required to ascertain whether informal settlement can be accomplished.

PLAINTIFF'S POSITION:

(1) Referral for formal ADR before a Magistrate Judge should be postponed until after Discovery is accomplished.

(2) Plaintiff's position on filing a Dispositive Motion at this time is that until Discovery is accomplished a Dispositive Motion would not be appropriate.

DEFENDANT'S POSITION:

(2) Referral for formal ADR before a Magistrate Judge should begin now in an effort to resolve the case.

(3) Defendant's position on filing a Dispositive Motion at this time is to defer its filing until settlement negotiation is completed. If settlement is not accomplished by June 14th, 2008, Defendant requests permission to file the administrative record on that date and wait for a determination on discovery and a briefing schedule from the Court.

Respectfully submitted,

　/s/　　　　　　　　　　　　　　　.
Joan A. Harvill, D.C. Bar # 309112
Attorney for Plaintiff
1629 K. Street N.W.
Suite 300
Washington, D.C. 20006
Tele: (202) 466-6346
Fax:  (202) 331-3759
E-mail: Abogadaxyz@aol.com

　/s/　　　　　　　　　　　　　　　.
Heather Graham-Oliver
Assistant United States Attorney
Judiciary Center Building
555 4th Street N.W.
Rm. 4-4808
Washington, D.C. 20530
Tele:  (202) 305-1334
E-mail: Heather.Graham-Oliver@usdoj.gov