UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH POETT, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | ) Civil Action No. 07-1374 (CKK) |
| | ) |
| UNITED STATES OF AMERICA, et. al. | ) |
| | ) |
|     Defendants. | ) |

**MOTION FOR EXTENSION OF TIME
TO FILE ADMINISTRATIVE RECORD**

Now comes the defendants and hereby request an extension of time to file their Administrative record until June 13, 2008. The parties are continuing to discuss settlement in the aforementioned matter and desire until Friday, June 13, 2008, to do so.[1] As a result, it is yet premature as to the defendants' filing of a motion for summary judgment. Accordingly, the defendants request that they file the Administrative Record on Friday, June 13, 2008. Thereafter, it is requested that a briefing schedule be entered. The Plaintiff does not object to this request.

Respectfully submitted,

/s/
_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

---

[1] The defendants believe that it will be beneficial to go to formal ADR during the next month in a further effort to resolve this case.

/s/
_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_____/s/
_____
HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530
(202) 305-1334