IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH POETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-1374 (CKK) |
| | ) |
| UNITED STATES OF AMERICA, *et. al.* | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF FILING OF ADMINISTRATIVE RECORD

Now comes the Defendant, The United States of America, *et al.*, and hereby gives this Court notice of the filing of the Administrative Record.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
HEATHER GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th Street, NW - Civil Division
Rm. 4-4808
Washington, D.C. 20530
(202) 305-1334

Attorneys for Defendant