UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH POETT, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-1374 (CKK) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| *et. al.* | ) |
| | ) |
|       Defendants. | ) |
| | ) |

## NOTICE OF FILING OF ADMINISTRATIVE RECORD UNDER SEAL

Now comes the Defendant, the United States of America, *et al.*, and hereby gives this Court notice of the filing of the Administrative Record under seal. See. PACER Docket entry No. 20. Said filing is being made under seal, because portions of the aforementioned documents contain information of a private nature. Counsel will re-file the Administrative Record with redactions limited to that information.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
HEATHER GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th Street, NW - Civil Division
Rm. 4-4808

Washington, D.C. 20530
(202) 305-1334

Attorneys for Defendant